IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DANNY A. CROMEANS,
ADC #107662                                                          PETITIONER

v.                          No. 5:14-cv-284-DPM-HDY

RAY HOBBS, Director,
Arkansas Department of Corrections                    RESPONDENT

ORDER

Unopposed recommendation, № 12, adopted. Motion to dismiss, № 11, granted. No certificate of appealability will issue because Cromeans has made no substantial showing about denial of a constitutional right.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

29 September 2014