IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DANNY A. CROMEANS,
ADC #107662                                                            PETITIONER

v.                         No. 5:14-cv-284-DPM

RAY HOBBS, Director,
Arkansas Department of Corrections            RESPONDENT

## JUDGMENT

The petition is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

29 September 2014