IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DANNY A. CROMEANS,
ADC #107662                                                              PLAINTIFF

v.                         No. 5:14-cv-284-DPM

RAY HOBBS, Director,
Arkansas Department of Corrections                         DEFENDANT

ORDER

Motion for post-judgment relief, № 17, denied. Cromeans has made no showing that warrants reopening the Judgment. Motion for certificate of appealability, № 16, denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

14 October 2014